IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00439-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GRACE KOHLER, and
2. ELIZABETH BROWN,

    Defendant.

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

Beginning on or about August 16, 2021, and continuing to on or about August 17, 2021, both dates being approximate and inclusive, in the District of Colorado and elsewhere, the defendants, GRACE KOHLER and ELIZABETH BROWN, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to commit the following offense against the United States: importation of a Schedule II controlled substance into the United States from any place outside thereof, in violation of Title 21, United States Code, Sections 952(a)(1), 960(a)(1), and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

        COLE FINEGAN
        United States Attorney

        By: *s/ Peter McNeilly*
        PETER MCNEILLY
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone 303-454-0100
        Fax 303-454-0403
        Email: Peter.McNeilly@usdoj.gov
        Attorney for the Government